Javier FERRIERA, Petitioner—Appellant,

v.

Janice M. KILLIAN, Respondent—Appellee.

No. 04–17016.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 22, 2005.

Javier Ferriera, Las Vegas, NV, pro se.

Camille Damm, Esq., USLV—Office of the U.S. Attorney, Las Vegas, NV, for Respondent–Appellee.

Fed. R.App. P. 34(a)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

### MEMORANDUM **

Federal prisoner Javier Ferreira appeals pro se the district court's order denying his 28 U.S.C. § 2241 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review *de novo* the denial of a § 2241 petition, *see Taylor v. Sawyer,* 284 F.3d 1143, 1147 (9th Cir.2002), and we affirm.

Appellant contends that the Bureau of Prisons' ("BOP") procedures for calculating good-time credit misinterprets federal statute 18 U.S.C. § 3624(b). Specifically, he contends that he is entitled to 54 days of good-time credit per year, instead of 47 days per year, because good-time credit should be calculated based on the length of sentence imposed, rather than the time of sentence served. However, this Court has previously rejected this contention. *See Mujahid v. Daniels,* 413 F.3d 991, 997–98 (9th Cir.2005) (noting the BOP's interpretation of 18 U.S.C. § 3624(b) is reasonable and subject to deference).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).